UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMERA GOERS and ASHLEY
CRISTINE MULLIGAN, individually,
and on behalf of all others similarly
situated

        Plaintiffs,

v.                              Case No:   2:15-cv-412-FtM-99CM

L.A. ENTERTAINMENT GROUP,
INC. and AMER SALAMEH,

        Defendants.

_____

# REPORT AND RECOMMENDATION[1]

This matter comes before the Court upon review of Plaintiff's Motion for Court Approval of Amended Class Action Notice (Doc. 77)[2] filed on September 28, 2016. The motion is unopposed.   Doc. 77 at 1.

---

[1] A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.   A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.   *See* 11th Cir. R. 3-1.   **In order to expedite a final disposition of this matter, if the parties have no objection to this Report and Recommendation, they promptly may file a joint notice of no objection.**

[2] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

On July 8, 2016, the undersigned entered a Report and Recommendation ("R&R") recommending that this Fair Labor Standards Act matter proceed to the notice stage with respect to entertainers only. Doc. 63. The undersigned recommended that Plaintiffs be offered the opportunity to correct their proposed Notice consistent with the R&R. *Id.* at 28-31. On August 25, 2016, the Honorable Sheri Polster Chappell entered an Order accepting and adopting the R&R and requested that Plaintiffs amend their proposed Notice to comply with the Court's Order and the R&R. Doc. 72 at 7-8. Upon review of the amended proposed Notice (Doc. 77-1) and the Consent to Become a Party Plaintiff (Doc. 82-1), the undersigned is satisfied that Plaintiffs have complied with the directives in the Court's Order (Doc. 72).

ACCORDINGLY, it is respectfully

**RECOMMENDED:**

1. Plaintiff's Motion for Court Approval of Amended Class Action Notice (Doc. 77) be **GRANTED** and Plaintiffs be permitted to send the Notice (Doc. 77-1) and the accompanying Consent to Become a Party Plaintiff (Doc. 82-1) and Information Sheet (Doc. 82-2) under the following conditions:

   (a) Plaintiff's counsel to be responsible for sending the Notice to all potential collective members by first class mail within fourteen (14) days of the Order approving the Notice;

(b) All opt-in collective members be directed to return the consent form to Plaintiffs' counsel with a postmark date no later than sixty (60) days after the Notice is provided;

(c) Plaintiffs' counsel be directed to furnish copies of all consents received to Defendants' counsel and maintain the originals;

(d) Plaintiffs' counsel be directed to file one pleading identifying each opt-in collective member and their address within ten days of the expiration of the sixty (60) day opt-in period.

**DONE** and **ENTERED** in Fort Myers, Florida on this 19th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record