UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMERA GOERS and ASHLEY
CRISTINE MULLIGAN, individually, and
on behalf of all others similarly situated

       Plaintiffs,

v.                                       Case No:  2:15-cv-412-FtM-99CM

L.A. ENTERTAINMENT GROUP,
INC. and AMER SALAMEH,

       Defendants.

                                   /

## **OPINION AND ORDER**[1]

This matter comes before the Court on review of United States Magistrate Judge

Carol Mirando's Report and Recommendation (Doc. #84) filed on October 19, 2016.

Judge Mirando recommends approval of Plaintiffs' Motion for Court Approval of Amended

Collective Action Notice (Doc. #77) be granted, and Plaintiffs be permitted to send the

Notice (Doc. #77-1), the accompanying Consent to Become a Party Plaintiff (Doc. #82-

1), and the Information Sheet (Doc. #82-2) to all potential opt-in plaintiffs.

A district judge "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  If no specific

objections to findings of fact are filed, the district judge is not required to conduct a de

novo review of those findings.  *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1993).  However, the district judge must review legal conclusions de novo, even in the absence of an objection.  *See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994)*.

After careful consideration of the Report and Recommendation and an independent review of the file, the Court adopts, accepts, and approves the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1.  United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #84) is **ACCEPTED and ADOPTED**.  Plaintiffs' shall be permitted to send the Notice (Doc. #77-1), the accompanying Consent to Become a Party Plaintiff (Doc. #82-1) and the Information Sheet (Doc. #82-2), pursuant to the following conditions:

    a.  Plaintiffs' counsel shall send the Notice to all potential collective action members by first class mail by February 14, 2017;

    b.  All opt-in collective action members are directed to return the consent form to Plaintiffs' counsel with a postmark date no later than sixty (60) days after the Notice is provided;

    c.  Plaintiffs' counsel is directed to furnish copies of all consents received to Defendants' counsel and to maintain the originals.

    d.  Plaintiffs' counsel is directed to file one document identifying in writing each opt-in collective action member and their address within ten (10) days of the expiration of the sixty (60) day opt-in period.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of January, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record