UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMERA GOERS and ASHLEY
CRISTINE MULLIGAN, individually,
and on behalf of all others similarly
situated

      Plaintiffs,

v.                                                                      Case No: 2:15-cv-412-FtM-99CM

L.A. ENTERTAINMENT GROUP,
INC. and AMER SALAMEH,

      Defendants.

## ORDER

This matter comes before the Court upon review of Defendants' Motion to Strike from Docket and Incorporated Memorandum of Law (Doc. 109) filed on January 18, 2017. On November 28, 2016, Plaintiffs Tamara Goers and Ashley Mulligan filed a Notice of Supplemental Compliance With This Court's Scheduling Order Dated September 17, 2015. Doc. 89. The Notice states: "Pursuant to this Court's Scheduling Order dated September 17, 2015, all documents in Plaintiffs' possession, custody or control that pertain to the unpaid wages claimed in the Complaint are attached hereto as Exhibit "1" *in globo*." *Id.* at 1. Attached to the Notice are six exhibits. Docs. 89-1 through 89-6. Certain exhibits have been sealed due to them containing the licenses of several adult entertainers, which licenses include the name, photograph, and date of birth of the entertainers. Doc. 89-5 at 51-93; 89-6.

Defendants seek to strike from the docket all of the exhibits attached to Plaintiff's Notice because Plaintiffs filed them in contravention to the Court's Case Management and Scheduling Order, the Middle District of Florida Local Rules, and Federal Rules of Civil Procedure. Doc. 109 at 2-9. Defendants state that these documents should have been served upon them, not filed with the Court. *Id.* at 1-2. Plaintiffs respond that they inadvertently filed the documents. Doc. 118 at 2. Moreover, "Plaintiffs do not necessarily object" to the exhibits being stricken; however, they state they anticipate utilizing such documents in support of their motion for summary judgment and motion for sanctions that are not yet filed. *Id.*

Regardless of Plaintiff's assertions regarding future motions they intend to file, the exhibits are not related to any motion currently pending before the Court. Therefore, because the exhibits should only have been served upon Defendants and not filed with the Court, they will be stricken. *See e.g.*, Docs. 26 at 1; 68 at 2; M.D. Fla. R. 3.03(d). Plaintiffs shall refrain from further discovery related filings unless associated with a pending motion. *Id.*

ACCORDINGLY, it is hereby

**ORDERED:**

Defendants' Motion to Strike from Docket and Incorporated Memorandum of Law (Doc. 109) is **GRANTED**. The Clerk is directed to **STRIKE** Documents 89-1, 89-2, 89-3, 89-4, 89-5, and 89-6 from the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of February, 2017.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies: Counsel of record