UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMERA GOERS and ASHLEY
CRISTINE MULLIGAN, individually, and
on behalf of all others similarly situated

    Plaintiffs,

v.                                                                          Case No: 2:15-cv-412-FtM-99CM

L.A. ENTERTAINMENT GROUP,
INC. and AMER SALAMEH,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the Mediator's Report (Doc. 112) filed on January 28, 2017. The Report states that the mediation was adjourned. Accordingly, the parties shall advise the Court on or before **April 20, 2017** as to the status of the mediation.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of April, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record