**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| **TAMERA GOERS** and **ASHLEY CRISTINE MULLIGAN**, individually, and on behalf of all others similarly situated,<br><br>**Plaintiffs.**<br>v.<br><br>**L.A. ENTERTAINMENT GROUP, INC.**, and **AMER SALAMEH**, individually,<br><br>**Defendants.** | **Case No:** 2:15-cv-412-FtM-99CM |

## SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO APPROVE SETTLEMENT

Plaintiffs and Defendants, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), and Local Rule 3.01(a), and this Court's Endorsed Order Granting the Joint Notice of Settlement and Request for Additional Time to Negotiate Fees and Costs and to Submit Motion to Approve (Doc. #160), Construed as a Motion for Extension of Time to File Motion to Approve Settlement (Doc. #161), jointly move for an additional fourteen (14) day extension of time, up to and including October 4, 2017, and as grounds therefor, state as follows:

1. On August 21, 2017, the parties filed a Joint Notice of Settlement and Request for Additional Time to Negotiate Fees and Costs and to Submit Motion to Approve, in which the parties requested an extension of time up to and including September 20, 2017. (Doc. #160).

2. On August 23, 2017, the Court entered an endorsed Order granting the above joint motion for extension of time. (Doc. #161).

3. Since that time, the parties have attempted in good faith to negotiate attorney's fees, and also to draft settlement documents for the Court's approval; however, due

to the impact of Hurricane Irma, the parties would like an additional fourteen (14) days, up to and including **October 4, 2017**, to continue negotiations on the amount of fees and costs, and to finish drafting the settlement documents for the Court's approval, and, if agreement can be reached, to include the fees and costs within the parties' Joint Motion to Approve Settlement Agreement. In the event the parties are unable to reach agreement on the amount of fees and costs, the Settlement Agreement and Joint Motion to Approve Settlement will include the settlement amounts to be paid to the Plaintiffs with the right of Plaintiff's counsel to petition the Court separately to determine the amount of fees and costs.

4. Pursuant to Fed. R. Civ. P. 6(b)(1): "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

5. Based upon the above, the parties jointly request that the Court to enter an order allowing an additional fourteen (14) days from the deadline granted by the Court of September 20, 2017, so that the parties may have up to and including **Wednesday, October 4, 2017**, to negotiate attorney's fees and costs, and to include the fees and costs within the Settlement Agreement and Joint Motion to Approve Settlement. In the event the parties are unable to reach agreement on the amount of fees and costs, the parties will submit a Joint Motion to Approve Settlement for the claims of the Plaintiffs, with the right of Plaintiff's counsel to petition the Court to determine the amount of fees and costs to be awarded.

**Dated: September 19, 2017**

Respectfully submitted,


**By: <u>/s/ Jason L. Gunter, Esq.</u>**
Jason L. Gunter
Fla. Bar No. 0134694
Conor P. Foley
Fla. Bar No. 111977
**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
**Phone:** (239) 334-7017
**Fax:** (239) 236-8008
**Email:** Jason@Gunterfirm.com
**Email:** Conor@Gunterfirm.com
*Counsel for Defendants*

**<u>/s/ Jack Morgan, Esq.</u>**
Jack Morgan, Esquire
FL Bar No. 126527
**ALOIA ROLAND & LUBELL, PLLC**
2254 1st Street
Fort Myers, Florida 33901
**Phone:** (239) 791-7950
**Fax:** (239) 791-7951
**E-Mail:** jmorgan@FloridaLegalRights.com

***and***

John B. Gallagher, Esquire
FL Bar No. 271225
2631 East Oakland Park Boulevard
Suite 201
Fort Lauderdale, FL 33306
**Tel:** 954.524.1888
**Fax:** 954.524.1887
**E-mail:** gal2701@aol.com
*Counsel for Plaintiffs*

***and***

**<u>/s/ Andrew Frisch, Esq.</u>**
Andrew Frisch, Esquire
Florida Bar No. 27777
**MORGAN & MORGAN, P.A.**
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
**Tel:** 954.318.0268
**Fax:** 954.327.3013
**Email:** AFrisch@forthepeople.com
*Counsel for Plaintiffs*


## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I have electronically filed the foregoing with the Clerk of the Court by using the CM / ECF system on September 19, 2017.

**<u>/s/ Jason L. Gunter, Esq.</u>**
Jason L. Gunter