UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAMERA GOERS and ASHLEY
CRISTINE MULLIGAN, individually, and
on behalf of all others similarly situated

       Plaintiffs,

v.                                   Case No: 2:15-cv-412-FtM-38CM

L.A. ENTERTAINMENT GROUP,
INC. and AMER SALAMEH,

       Defendants.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 167) filed on October 18, 2017. Judge Mirando recommends granting the parties' Joint Motion to Approve FLSA Settlement Agreement and Memorandum of Law (Doc. 166 at 1-15), approving the proposed Settlement Agreement and Release of Claims (Doc. 166 at 17-34), and dismissing the case with prejudice. No objections have been filed, and this matter is ripe for review.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Following a careful and thorough review of the findings, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C § 636(b)(1); *see also* Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). If there are no specific objections, then the district judge is not required to conduct a *de novo* review of the factual findings, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). However, the district judge reviews legal conclusions *de novo*, even in the absence of an objection. Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After careful consideration of Judge Mirando's Report and Recommendation and conducting an independent review of the record, the Court adopts, accepts, and approves the Report and Recommendation (Doc. 167).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 167) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. The parties' Joint Motion to Approve FLSA Agreement and Memorandum of Law (Doc. 166 at 1-15) is **GRANTED**, and the Settlement Agreement and Release of Claims (Doc. 166 at 17-34) is **APPROVED**.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the remainder of the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of November, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record